UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No. _____ |
| *Defendant* | |

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____,
certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

## OR

☐ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Signature of Attorney

_____
Address

_____
City/State/Zip

_____
Date

DNJ-CMECF-005 (10/2018)