IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, § § | |
| Plaintiff, § § | Case No: 2:21-cv-16342-JMV-CLW |
| vs. § § | PATENT CASE |
| ASCENSIA DIABETES CARE US, INC., § § | |
| Defendant. § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Ascensia Diabetes Care US, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: December 20, 2021.                    Respectfully submitted,


                                            */s/Mark A. Kriegel*
                                            **MARK KRIEGEL**
                                            **LAW OFFICE OF MARK A. KRIEGEL, LLC**
                                            1479 Pennington Rd.
                                            Ewing, NJ 08618
                                            (609) 883-5133
                                            Fax: (609) 450-7237
                                            mkriegel@kriegellaw.com


## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on December 20, 2021.  Parties may access the foregoing through the Court's system.


                                            */s/Mark A. Kriegel*
                                            **MARK KRIEGEL**


SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:  12/21/22